4/25/19

UNITED STATES BANKRUPTCY COURT
District of Oregon

In re )
**Holly Christine Adair** ) Case No. **19-30181-tmb13**
) CHAPTER 13 CONFIRMATION
Debtor(s) ) WORKSHEET

Attorney: **DARIN WISEHART**     Trustee: Wayne Godare
**Present:** Debtor ( ) Jt. Debtor ( ) Attorney (✓)     Conf. Hrg Date/Time: 04/25/2019 01:30 PM
**Creditors In Attendance:** _Jonas Anderson (UST)_

___ **Dismiss Since:** ___ (1) Payments Not Received by Trustee ___ (2) Domestic Support Obligations Not Current
___ (3) Trustee OBJ. TO CONF.; OR ___ (4) Grant Motion to Dismiss from ___
___ **Enter Confirmation Order:** ___ Subject to Objections W/In ___ Days By ___
___ Enter OCP Order ___ Fee Reduction ___ Send Letter
___ **Enter Order: Denying Confirm** ___ Days to File Amended Plan
Reason: ___ (1) Unable to Comply ___ (2) More Than 36/60 Mo. ___ (3) Debtor wants to File Amended Plan
(4) ___
___ **Enter Order re Tax Returns Owed:** ___ IRS ___ ODR ___ OTHER: ___
Returns Due Within ___ Days
___ **Enter Service Order** ___ Fee Reduction ___ Send Letter
✓ **Adjourn Confirmation Hearing:** ✓ Notice given in Ct.; OR Notify ___ (1) All Interested Parties:
or ___ (2) Debtor, Attorney, Trustee, Objecting Creditors and ___
Date, etc: _5-23-19 @ 1:30_ Evidentiary ___ Hours ___ Bend: ___
**Objecting Creditor:** _Trustee ; UST_
Value: ___ D ___ C ___ Feasibility: ___ Good Faith: ___
           ___ D ___ C ___ Failure to Make Postpetition Payments: ___
Int Rate: ___ D ___ C ___ Failure to Assume or Reject Executory Contract: ___

**Objecting Creditor:** _JP Morgan Chase Bank_
Value: ___ D ___ C ___ Feasibility: ___ Good Faith: ___
           ___ D ___ C ___ Failure to Make Postpetition Payments: ___
Int Rate: ___ D ___ C ___ Failure to Assume or Reject Executory Contract: ___

Case 19-30181-tmb13    Doc 31    Filed 04/25/19