5/23/19

UNITED STATES BANKRUPTCY COURT
District of Oregon

In re
**Holly Christine Adair**

Debtor(s)

Case No. **19-30181-tmb13**
CHAPTER 13 CONFIRMATION
WORKSHEET

Attorney: **DARIN WISEHART**
Trustee: Wayne Godare
**Present:** Debtor ( ) Jt. Debtor ( ) Attorney (✓)   Conf. Hrg Date/Time: 05/23/2019 01:30 PM
**Creditors In Attendance:** Jim Perkins (UST)

___ **Dismiss Since:** ___(1) Payments Not Received by Trustee ___(2) Domestic Support Obligations Not Current
___ (3) Trustee OBJ. TO CONF.; OR ___(4) Grant Motion to Dismiss from _____

___ **Enter Confirmation Order:** ___ Subject to Objections W/In ___ Days By _____
___ Enter OCP Order ___ Fee Reduction ___ Send Letter

___ **Enter Order: Denying Confirm** ___ Days to File Amended Plan
Reason: ___ (1) Unable to Comply ___ (2) More Than 36/60 Mo. ___ (3) Debtor wants to File Amended Plan
(4) _____

___ **Enter Order re Tax Returns Owed:** ___ IRS ___ ODR ___ OTHER: _____
Returns Due Within ___ Days

✓ **Enter Service Order** ___ Fee Reduction ___ Send Letter
✓ **Adjourn Confirmation Hearing:** ✓ Notice given in Ct.; OR Notify ___ (1) All Interested Parties:
or ___ (2) Debtor, Attorney, Trustee, Objecting Creditors and _____
Date, etc.: 8-1-19 @ 2:30 Evidentiary ✓ Hours ___ Bend: ___

**Objecting Creditor:** _____
Value: ___ D ___ C ___ Feasibility: ___ Good Faith: ___
     ___ D ___ C ___ Failure to Make Postpetition Payments: ___
Int Rate: ___ D ___ C ___ Failure to Assume or Reject Executory Contract: ___

**Objecting Creditor:** UST
Value: ___ D ___ C ___ Feasibility: ___ Good Faith: ___
     ___ D ___ C ___ Failure to Make Postpetition Payments: ___
Int Rate: ___ D ___ C ___ Failure to Assume or Reject Executory Contract: ___

Submissions due 7/25