Wisehart Law, pc
8215 SW Tualatin-Sherwood Road, Suite 200
Tualatin, Oregon 97062
Phone: 503-894-4891
Fax: 503-208-8007

Attorney for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF OREGON

| In re | Case No. 19-30181-tmb13 |
|---|---|
| Holly Christine Adair | MOTION TO DISMISS CHAPTER 13 CASE |
| Debtor | |

Debtor, Holly Adair, by and through her attorney, Darin Wisehart, hereby moves the Court for an Order dismissing this Chapter 13 case. This motion is brought under 11 USC §1307(b).

Debtor would ask that this motion be expedited, if possible, so that she may move forward with a house sale.

Dated this 31st day of May, 2019.

Respectfully submitted;

/s/ Darin Wisehart_____
Darin Wisehart, OSB #096735
Attorney for Debtor

Page 1 – DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE